

**OKLAHOMA STATE COURTS NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY, OKLAHOMA

Bridgett Dione Jamison,
    Plaintiff,

v.

Grand Lake Mental Health Center Inc, D/B/A Grand Mental Health,
    Defendant.

No. CJ-2024-520
(Civil relief more than $10,000: EMPLOYMENT DISCRIMNATION)

Filed: 12/11/2024

Judge: Pazzo, Stephen R

## PARTIES

Grand Lake Mental Health Center Inc, Defendant
Jamison, Bridgett Dione, Plaintiff

## ATTORNEYS

**Attorney**

Heckenkemper, Kymberli J (Bar #33524)
HAVEN LAW GROUP, PLLC
1874 S. Boulder Avenue.
Tulsa, OK 74119

**Represented Parties**

Jamison, Bridgett Dione

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: EMPLOYMENT DISCRIMNATION (OTHER)
    Filed By: Jamison, Bridgett Dione
    Filed Date: 12/11/2024


EXHIBIT 1

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 12-11-2024 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | #1 |
| 12-11-2024 | [ OTHER ] | EMPLOYMENT DISCRIMINATION | |
| 12-11-2024 | [ DMFE ] | DISPUTE MEDIATION FEE | $ 7.00 |
| 12-11-2024 | [ PFE1 ] | PETITION  Document Available (#1060627535) TIFF  PDF | $ 163.00 |
| 12-11-2024 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.00 |
| 12-11-2024 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| 12-11-2024 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 12-11-2024 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 12-11-2024 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| 12-11-2024 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |
| 12-11-2024 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 12-11-2024 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 12-11-2024 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 12-11-2024 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 12-11-2024 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 12-11-2024 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 12-11-2024 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 12-11-2024 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 12-11-2024 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE PAZZO, STEPHEN R TO THIS CASE. | |
| 12-11-2024 | [ ADJUST ] | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | $ 6.06 |

12-11-2024  [ ACCOUNT ]

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2024-520: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2024-520: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25
CJ-2024-520: AC81 LENGTHY TRIAL FUND -$0.25
CJ-2024-520: AC79 OCIS REVOLVING FUND -$0.63
CJ-2024-520: AC67 DISTRICT COURT REVOLVING FUND -$0.07
CJ-2024-520: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2024-520: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2024-520: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2024-520: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13
CJ-2024-520: AC31 COURT CLERK REVOLVING FUND -$0.05
CJ-2024-520: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2024-520: AC01 CLERK FEES -$4.04

12-11-2024  [ ACCOUNT ]

RECEIPT # 2024-719639 ON 12/11/2024.
PAYOR: HECKENKEMPER/KYMBERLI TOTAL AMOUNT PAID: $ 242.14.
LINE ITEMS:
CJ-2024-520: $158.96 ON AC01 CLERK FEES.
CJ-2024-520: $6.06 ON AC09 CARD ALLOCATIONS.
CJ-2024-520: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2024-520: $1.61 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2024-520: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2024-520: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2024-520: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2024-520: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2024-520: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2024-520: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2024-520: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2024-520: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2024-520: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

| Date | Code | Description | Amount |
|---|---|---|---|
| 03-14-2025 | [ SMF ] | SUMMONS FEE | $ 10.00 |
| 03-14-2025 | [ ADJUST ] | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | $ 0.25 |

03-14-2025  [ ACCOUNT ]
    ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
    CJ-2024-520: AC01 CLERK FEES -$0.25

03-14-2025  [ ACCOUNT ]
    RECEIPT # 2025-725149 ON 03/14/2025.
    PAYOR: HECKENKEMPER/KYMBERLI TOTAL AMOUNT PAID: $ 10.00.
    LINE ITEMS:
    CJ-2024-520: $9.75 ON AC01 CLERK FEES.
    CJ-2024-520: $0.25 ON AC09 CARD ALLOCATIONS.

06-26-2025  [ TEXT ]
    AFFIDAVIT OF SERVICE
    Document Available (#1062034894) TIFF   PDF